AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE
2004 JUL -1  P II: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

Comcast of Massachusetts I, Inc.

v.

Charles Arria

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 - 10938 RCL

TO: (Name and address of Defendant)

Charles Arria
29 Gavin Circle
Reading, MA 01867

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



5-12-04

DATE

(By) DEPUTY CLERK