UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts I, Inc. ) | Case No.: 04-10938 RCL |
| ) | |
| Plaintiff, ) | AFFIDAVIT OF ATTORNEY FOR |
| ) | PLAINTIFF'S REQUEST |
| vs. ) | FOR DEFAULT |
| ) | |
| Charles S. Arria ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On May 12, 2004, the Plaintiff filed a Complaint against the Defendant, **Charles S. Arria**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On June 15, 2004, the said Defendant was served last and usual abode, by Deputy Sheriff Lawrence McMahon (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this ___9___ day of ___July___, 2004.

        Respectfully Submitted for the Plaintiff,
        Comcast of Massachusetts I, Inc.
        By Its Attorney,

        _____
        John M. McLaughlin
        MCLAUGHLIN SACKS, LLC
        31 Trumbull Road
        Northampton, MA 01060
        Telephone: (413) 586-0865
        BBO No. 556328