

EXHIBIT

A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Charles Arria

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-10938 RCL

TO: (Name and address of Defendant)

Charles Arria
29 Gavin Circle
Reading, MA 01867

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

5-12-04

CLERK                                                                     DATE

(By) DEPUTY CLERK

_Deputy Sheriff_

By virtue of this writ I have made diligent search for the within-named CHARLES ARRIA and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

**May 25, 2004**

_Middlesex, ss._

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Deputy Sheriff **Lawrence McMahon**

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

_____



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

_Middlesex, ss._

June 17, 2004

I hereby certify and return that on 6/15/2004 at 12:20PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CASE COVER SHEET, CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of CHARLES ARRIA, , 38 LOWELL Road  NORTH READING, MA 01864 and by mailing 1st class to the above address on 6/15/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($9.60) Total Charges $47.10

_Lawrence McMahon_
_Deputy Sheriff_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.