UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**COMCAST OF MASSACHUSETTS, INC.**

**V.**                          **CIVIL ACTION NO. 04-10938-RCL**

**CHARLES S. ARRIA**


## NOTICE OF DEFAULT

Upon application of the plaintiff, **Comcast of Massachusett**, for order of Default for failure of the defendant, **Charles S. Arria** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 20th day of July, 2004.


TONY ANASTAS, CLERK


By:/s/ Lisa M. Hourihan
                          Deputy Clerk

July 20, 2004